THE PEOPLE OF THE STATE OF NEW YORK ex rel. JEWISH CHILD CARE ASSOCIATION OF NEW YORK, Respondent, against JACK HANDSMAN et al., Appellants. — In a habeas corpus proceeding to obtain custody of an infant placed by petitioner with appellants with a view to adoption, but not adopted, order sustaining the writ, affirmed, without costs. No opinion. Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ., concur. [See 282 App. Div. 697.]